WILLIAM M. MCCOOL
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

January 22, 2020

**GP GLOBAL APAC PTE LTD ET AL V. M/V AMIS INTEGRITY**
Case # 2:20–cv–00102–JCC

The court has received your case documents and has identified the following items to be addressed.
**Please note:** Any underlined points of reference below will contain a link to the source materials.

> **Improper Signature – Secondary Attorney(s)**
> The secondary attorney(s) Eric D Siebert indicated in your initiating document(s) is/are not properly before this court and has/have been removed from the docket. Please file a Notice of Appearance for attorney(s) Eric D Siebert as soon as practicable using the event "Notice of Appearance" under the "Notices" category. See FRCP 11 and LCR 83.2 or Section III(L) of the Electronic Filing Procedures.
>
> **Pro Hac Vice Admission**
> It will be necessary for attorney(s) J Stephen Simms to apply for Pro Hac Vice admission in this case. You may review the information regarding admission and find the relevant documentation here. Questions about this process should be directed to the Attorney Admissions clerk at 206–370–8862 or dana_scarp@wawd.uscourts.gov.

*Please call the Attorney Case Opening Helpdesk at 206–370–8787 if you have any additional questions.*

Thank you.

cc: file