UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| GP Global APAC Pte. Ltd. | * | |
| and | * | **IN ADMIRALTY** |
| GP Global ARA BV, | * | |
| Plaintiffs, | * | Civil Action No. |
| v. | * | |
| M/V AMIS INTEGRITY, (IMO No. 9732412), its engines, tackle and apparel, | * | |
| | * | |
| Defendant *in rem*. | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

[~~PROPOSED~~] ORDER GRANTING
EMERGENCY MOTION TO ISSUE
WARRANT FOR ARREST OF VESSEL

[PROPOSED] ORDER GRANTING EMERGENCY MOTION TO ISSUE
WARRANT FOR ARREST OF VESSEL                                   - Page **1** of 3

THIS MATTER came before this Court on Plaintiffs GP Global APAC Pte. Ltd. and GP Global ARA BV ("Plaintiffs") Emergency Motion to Issue Warrant for Arrest of Vessel.

This Court has reviewed the files and records herein, including specifically, Plaintiff's Emergency Motion to Issue Warrant for Arrest of Vessel, supporting declaration of J. Stephen Simms and the Verified Complaint.

Being fully advised on this matter, this Court HEREBY FINDS that Plaintiffs has an action in rem against the Defendant M/V AMIS INTEGRITY (IMO No. 9732412), *in rem* ("Vessel") Vessel, in the approximate amount as alleged, and that there is sufficient reason to believe that said Vessel is or will be within this district and the jurisdiction of this Court, that conditions for an action *in rem* appear to exist pursuant to Fed. R. Civ. P. Supplemental Rule C (3), it is HEREBY ORDERED that the arrest of the Vessel is authorized, and the Clerk of the Court is authorized to issue a warrant for arrest of the Vessel.

DATED this 22nd day of January, 2020.

_____
UNITED STATES DISTRICT COURT JUDGE

**[PROPOSED] ORDER GRANTING EMERGENCY MOTION TO ISSUE WARRANT FOR ARREST OF VESSEL**                                        - Page **2** of **3**

Presented by:

**HOLMES WEDDLE & BARCOTT**

/s/ John E. Casperson
John E. Casperson, WSBA No. 14292
Eric Siebert, WSBA No. 49994
999 Third Avenue, Suite 2600
Seattle, WA 98104-4011
Ph: 206- 292-8008
Fax: 206-340-0289
Email: esiebert@hwb-law.com
jcasperson@hwb-law.com

/s/ J. Stephen Simms
J. Stephen Simms (*pro hac vice* pending)
Simms Showers LLP
201 International Circle, Suite 250
Baltimore, Maryland 21030
Ph: 410-783-5795
Fax 410-510-1789
jssimms@simmsshowers.com

Plaintiffs' GP Global Counsel

[PROPOSED] ORDER GRANTING EMERGENCY MOTION TO ISSUE WARRANT FOR ARREST OF VESSEL           - Page **3** of **3**